# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00039-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM DALLAS GRINAGER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 4, 2022 at 1:30 p.m., is vacated and continued to Tuesday, September 6, 2022 at 10:00 a.m.

DATED THIS 29th Day of July 2022.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

3